

# WALSH ROBERTS & GRACE

ATTORNEYS AT LAW

JAMES R. WALSH
GERALD GRACE, JR.
MARK P. DELLA POSTA
KEITH N. BOND
ROBERT P. GOODWIN
JOSEPH H. EMMINGER, JR.

THOMAS E. ROBERTS
RETIRED

October 19, 2016

Hon. William M. Skretny
United States District Judge
2 Niagara Square
Buffalo, New York 14202

RECEIVED
WILLIAM M. SKRETNY

OCT 21 2016

United States District Court
Western District of New York

RE: Woods v. Town of Tonawanda, et al
    Index No. : 13 CV 0798
    Our File No. : 7771

---

Dear Judge Skretny:

    As you may be aware, the undersigned represents the Town of Tonawanda defendants in the above-captioned matter. I am submitting this letter pursuant to Local Rule of Civil Procedure 7(a)(2)(C), requesting the Court to extend the 25-page limit for the Town of Tonawanda defendants' forthcoming Memorandum of Law in support of their Motion for Summary Judgment. Pursuant to the Seventh Amended Scheduling Order, the deadline for dispositive Motions is December 14, 2016. The Town of Tonawanda defendants respectfully request the Court permit them to file a Memorandum of Law up to forty-five (45) pages in length. This is the first time that the Town of Tonawanda defendants have asked to increase the page limit.

    The proposed page limit is reasonable based upon the size of the record in this case. There have been twenty-three (23) depositions, totaling approximately 1,300 pages, plus exhibits. This is in addition to the plaintiff's one hundred and thirty-one (131) paragraph Second Amended Complaint, which alleges seven (7) causes of action against the Town of Tonawanda defendants, and several hundred pages produced during the course of discovery. It is respectfully submitted that a page limit of 45 pages is necessary for the Town of Tonawanda defendants to address each and every claim alleged against them. If the defendants are restricted to a 25-page limit then there is a greater chance that legal issues will be left unresolved.

    Granting an extension of the page-limit will not prejudice the plaintiff or co-defendants and we have received the consent of both counsel for plaintiff and co-defendant for the increased page limit.

Thank you for your attention in this matter. We look forward to the Court's response to our request.

Respectfully submitted,

MARK P. DELLA POSTA

MDP:stm

cc: Steven M. Cohen, Esq.     - via e-mail - scohen@hoganwillig.com
Hogan Willig

Thomas Navarro, Esq.     - via e-mail - thomas.navarro@erie.gov
Erie County Department of Law

SO ORDERED

WILLIAM M. SKRETNY
~~Chief~~ Judge
United States District Court

DATED: 10/26/16