

# COUNTY OF ERIE

## MARK C. PONCARZ
### COUNTY EXECUTIVE

MICHAEL A. SIRAGUSA
COUNTY ATTORNEY

MICHELLE M. PARKER
FIRST ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

JEREMY C. TOTH
SECOND ASSISTANT COUNTY ATTORNEY

October 21, 2016

Honorable William M. Skretny
U.S. District Court, Western District of New York
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> **Re:** **Woods, Kristian, Estate of, by Joanne M. v. County of Erie, et al.**
> **Our File No.: 31-20120056**
> **Index No.: 13-CV-0798-WMS-LGF**

Dear Judge Skretny:

Please be advised, the undersigned represents the County of Erie defendants in the above-captioned matter. I am submitting this letter pursuant to Local Rule of Civil Procedure (7)(a)(2)(C), requesting the Court to extend the 25-page limit for the County of Erie defendants' forthcoming Memorandum of Law in support of their Motion for Summary Judgment. The deadline for dispositive Motions is December 14, 2016. The County of Erie defendants respectfully request the Court permit to file a Memorandum of Law up to forty (40) pages in length. I believe the County of Erie will only require a few additional pages, but to err on the side of caution, we require up to 40 pages.

The proposed page limit is reasonable based upon the size of the record in this case. There have been twenty-three (23) depositions, totaling approximately 1,300 pages, plus exhibits. This is in addition to the plaintiff's one hundred and thirty-one (131) paragraph Second Amended Complaint. It is respectfully submitted that a page limit of 40 pages is necessary for the County of Erie defendants to address each and every claim alleged against them. If the defendants are restricted to a 25-page limit then there is a greater chance that legal issues will be left unresolved.

Granting an extension of the page-limit will not prejudice the plaintiff or co-defendants and we have received consent of both counsel for plaintiff and co-defendant for the increased page limit.

Thank you for your attention in this matter. We look forward to the Court's response to our request.

Respectfully submitted,

MICHAEL A. SIRAGUSA
Erie County Attorney

By: _____
Thomas J. Navarro, Esq.
Assistant County Attorney
Direct Dial: (716) 858-2243
E-mail: thomas.Navarro@erie.gov

TJN/mc

cc:     Steven M. Cohen, Esq.
        Mark P. Della Posta, Esq.

SO ORDERED

_____
WILLIAM M. SKRETNY
Chief Judge
United States District Court
DATED: 10/26/16